160 A.3d 778

**ESTATE OF Geraldine MANTELL, Deceased**

**Petition of: Richard Howden**

**No. 503 MAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.